unopposed and granted.
/s/ Patricia A. Gaughan   8/16/05

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KENNETH T. RICHEY**, | |
| *Petitioner,* | Case Number: 1:98 CV 1418 |
| v. | Civil Action |
| **BETTY MITCHELL, Warden,** | JUDGE GAUGHAN |
| *Respondent.* | |

**Respondent's Motion to Vacate Conditional Writ of Habeas Corpus**

In light of the United States Supreme Court's order recalling and staying the mandate in this case, Respondent respectfully requests the Court to vacate its conditional writ of habeas corpus. A memorandum in support follows.

Respectfully Submitted,

JIM PETRO
Attorney General

s/ Michael L. Collyer
MICHAEL L. COLLYER (0061719)
DANIEL R. RANKE (0047136)
Assistant Attorneys General
615 W. Superior Ave., 11th Floor
Cleveland, Ohio 44113
(216) 787-3030
(216) 787-3480 (fax)