UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| _____ <br><br> KENNETH T. RICHEY, <br><br> Petitioner, <br> v. <br><br> BETTY MITCHELL, <br> Warden, <br><br> Respondent. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 1:98 CV 1418

Judge Patricia A. Gaughan

## <u>PETITIONER'S MOTION FOR TRANSFER</u>

The Petitioner, Kenneth T. Richey, comes before this honorable Court and respectfully requests that the Court order that Richey be transferred to the Putnam County Jail.  On June 3, 2005, this Court issued an Order giving the State of Ohio ninety (90) days to release or retry Richey, based upon the Sixth Circuit's January 25, 2005 determination that his incarceration pursuant to his 1986 convictions was unconstitutional.  However, the State maintains that the terms of Richey's confinement will not change during that ninety (90) day time period, and that he will therefore continue to be housed on Ohio's "death row."  Accordingly, as set forth in the attached Memorandum in Support of Petitioner's Motion for Transfer, Richey respectfully requests that this Court order that his continued detention be at the Putnam County Jail, pending the decision of the state to release or retry him.

DENIED PENDING THE OUTCOME OF THE
SUPREME COURT'S DECISION WHETHER TO
GRANT CERT.

/s/ Patricia A. Gaughan
8/24/05

Respectfully submitted,


KENNETH T. RICHEY
By his attorneys,


 /s/  Paul E. Nemser
Paul E. Nemser (admitted *pro hac vice*)
Kenneth J. Parsigian (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02110
Telephone: (617) 570-1000
Facsimile:   (617) 523-1231
E-mail address:
PNemser@goodwinprocter.com
E-mail address:
Kparsigian@goodwinprocter.com

James A. King
PORTER, WRIGHT, MORRIS & ARTHUR
41 South High Street
Columbus, Ohio 43215
Telephone: (614) 227-2000
Facsimile:   (614) 227-2100


DATED: June 28, 2005

LIBW/1523248.1